AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jan 10, 2025
SEAN F. McAVOY, CLERK

CHARLES A. CLEVELAND and EBERE JOY AKAEGBU-CLEVELAND,

*Plaintiff*

v.

ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, and UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services,

*Defendant*

Civil Action No. 2:23-CV-379-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($ ___ ), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___ recover costs from the plaintiff *(name)* ___ .

☑ other: Defendants' Cross-Motion for Summary Judgment, ECF No. 30, is GRANTED. Plaintiffs' Motion for Summary Judgment, ECF No. 14, is DENIED. Judgment entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.

☐ tried by Judge ___ without a jury and the above decision was reached.

☑ decided by Judge   Mary K. Dimke

Date: January 10, 2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore